[No. 14215-9-III.   Division Three.   January 31, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN L. DEAL, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 92-1-50250-9, Carolyn A. Brown, J., entered Feb-

ruary 2, 1993. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Schultheis, J.